490

Worster Motor Lines, Inc. *v.* Ross, Appellant.

Argued May 28, 1959. Before JONES, C. J., BELL, MUSMANNO, JONES, COHEN, BOK and MCBRIDE, JJ.

reargument refused July 24, 1959.

*James P. Bryan,* with him *Clarence T. Bryan, Paul B. Joslin,* and *Bryan, Joslin and Bryan,* for appellant.

*William W. Knox,* with him *Knox, Webber, Pearson & McLaughlin,* for appellee.

*Stephen E. Jones,* with him *Jones, Benson & Dwyer,* for appellee.

OPINION PER CURIAM, June 30, 1959:

The findings of the chancellor are supported by substantial evidence. Having been confirmed by the court *en banc,* on exceptions thereto, they have the binding effect of a jury's verdict and will not be disturbed on

appeal: *Maxwell v. Schaefer*, 381 Pa. 13, 19, 112 A. 2d 69. From the findings, so established, the chancellor correctly drew the legal conclusions which, in turn, have resulted in the final decree entered by the court *en banc*.

The decree is affirmed at the appellant's costs.